IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAWRENCE ISIAH HARRIS**                                          **PLAINTIFF**

v.                               **Case No. 3:19-cv-00225 BSM**

**CASSY MORPHIS, Booking Officer,**
**Craighead County**                                               **DEFENDANT**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome J. Kearney [Doc. No. 4] has been received. After *de novo* review of the record, the RD is adopted. The case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 11th day of October 2019.

                                                     /s/ Brian S. Miller
                                                     UNITED STATES DISTRICT JUDGE