IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAWRENCE ISIAH HARRIS**                                           **PLAINTIFF**

v.                                            **Case No. 3:19-cv-00225 BSM**

**CASSY MORPHIS, Booking Officer,**
**Craighead County**                                             **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of October 2019.

                                                                                 _____
                                                                               UNITED STATES DISTRICT JUDGE